■ A-1 SYRACUSE COMMERCIAL PAINTING Co., Appellant, v ALLIED CHEMICAL CORPORATION, Respondent. (Appeal No. 1.)— Order unanimously reversed, in the exercise of discretion, without costs, and plaintiff's motion granted. Memorandum: Before it declared plaintiff in default, the court, having permitted counsel to withdraw on the eve of trial, should have granted plaintiff an adjournment for a reasonable period of time to retain new counsel. (Appeal from order of Supreme Court, Onondaga County, O'Donnell, J.—vacate default.) Present—Hancock, Jr., J. P., Callahan, Denman, Boomer and Green, JJ.